IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALMA MCNEARY, Individually and as Administratrix of the
Estate of Nancy Nix Jones, Deceased, and on behalf of the
wrongful death beneficiaries of Nancy Nix Jones                                           PLAINTIFF

v.                                    No. 5:03CV00302 GH

THE TEACHING MINISTRY d/b/a TRINITY HEALTHCARE
d/b/a PINE BLUFF NURSING HOME, ET AL.                                                DEFENDANTS

## JUDGMENT

In accordance with the separate order filed this date as to plaintiff's motion for default judgment, judgment is hereby entered in favor of plaintiff and against Camelot Healthcare, LLC, in the amount of $750,000.00.

DATED this 20th day of March, 2007.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE